No. 288.—Font Jiménez, peticionario, v. Gore, etc., dmdos.—Jurisdicción original. ■■■■■■ Marzo 29, 1934.

Por las razones expuestas en la opinión emitida hoy en el caso No. 287, *Antonio Romero Moreno, peticionario,* v. *Robert H. Gore, Eugenio D. Delgado, Blanton Winship* y *Miguel A. Muñoz, deman-*

---

* El Juez Asociado Señor Wolf está conforme con el resultado.

*dados*, se declara con lugar la petición de *mandamus*. Y a los efectos de la reposición, expida el Secretario de este Tribunal mandamiento perentorio dirigido a los demandados Blanton Winship, Gobernador de Puerto Rico, y Miguel A. Muñoz, Presidente de la Comisión de Servicio Público, para que repongan al peticionario en la posesión, goce y desempeño legal del cargo de ingeniero electricista de dicha comisión, con todos los derechos, deberes, atribuciones y emolumentos inherentes al mismo.